```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 03 B 49364
    MARCUS ONEAL
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9779

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/08/2003 and was confirmed 03/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
ROUNDUP FUNDING LLC        SECURED            6125.00        797.76         6125.00
PROVIDIAN                  UNSECURED         NOT FILED          .00             .00
PROVIDIAN BANCORP SERVIC   NOTICE ONLY       NOT FILED          .00             .00
ROUNDUP FUNDING LLC        UNSECURED          8812.53          .00          8812.53
STEFANS STEFANS & STEFAN   REIMBURSEMENT       154.00          .00           154.00
STEFANS STEFANS & STEFAN   DEBTOR ATTY        2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                         1,088.81
DEBTOR REFUND              REFUND                                            341.90

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             19,520.00

PRIORITY                                    154.00
SECURED                                   6,125.00
   INTEREST                                 797.76
UNSECURED                                 8,812.53
ADMINISTRATIVE                            2,200.00
TRUSTEE COMPENSATION                      1,088.81
DEBTOR REFUND                               341.90
                    --------------      --------------
TOTALS              19,520.00            19,520.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 49364 MARCUS ONEAL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 03 B 49364 MARCUS ONEAL